CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 8 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **DORSEY LUTHER SHELTON,** | ) | **Civil Action No. 7:13cv00109** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **VIRGINIA DEPARTMENT** | ) | |
| **OF CORRECTIONS** *et al.,* | ) | |
| | ) | **By: Samuel G. Wilson** |
| **Respondents.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and

**ADJUDGED** that Shelton's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. §

1915(e)(2)(B)(i)-(ii).

**ENTER**: March 28, 2013.

_____
UNITED STATES DISTRICT JUDGE