CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 28 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DORSEY LUTHER SHELTON, | ) | Civil Action No. 7:13cv00109 |
| Petitioner, | ) | |
| v. | ) | **DISMISSAL ORDER** |
| VIRGINIA DEPARTMENT OF CORRECTIONS *et al.*, | ) | By: Samuel G. Wilson |
| Respondents. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that Shelton's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

**ENTER**: March 28, 2013.

UNITED STATES DISTRICT JUDGE